**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THAI HONG LAM, | : | Civil No. 1:26-CV-01181 |
| Petitioner, | : | |
| v. | : | |
| JESSICA SAGE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) In order to ensure that Petitioner has an opportunity to make transportation arrangements, the court requests the following timeline for his release:

   a. Petitioner shall be released from detention on **Friday, September 11, 2026, between 12:00 p.m. and 3:00 p.m.**

   b. By **6:00 p.m. on the date of this order**, Petitioner shall be provided with a phone call to arrange for transportation after his release from detention.

3) Respondents shall return Petitioner's personal property upon release.

4) Petitioner shall abide by the conditions previously imposed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, on March 23, 2012, in the order of supervision.

5) Petitioner's motion for preliminary injunction, Doc. 4, and motion for status update, Doc. 15, are **DENIED AS MOOT**.

6) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania